**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF PUERTO RICO

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **SECU SERVE, INC.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **66-0287948** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **DE-6 CALLE 29**<br>**URB. REXVILLE**<br>**BAYAMON, PR 00957**<br>Number, Street, City, State & ZIP Code | **DE-6 CALLE 29**<br>**URB. REXVILLE**<br>**Bayamon, PR 00957**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Bayamon**<br>County | **Location of principal assets, if different from principal place of business**<br>**DE-6 CALLE 29**<br>**URB. REXVILLE BAYAMON, PR 00957**<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership

☐ Other. Specify: _____

Debtor     **SECU SERVE, INC.**
          _____     Case number (*if known*) _____
          Name

**7.**  **Describe debtor's business**      A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.
_____

**8.**  **Under which chapter of the Bankruptcy Code is the Debtor filing?**      *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor _____ | | Relationship to you _____ |
| | District _____ | When _____ | Case number, if known _____ |

Debtor  **SECU SERVE, INC.**                              Case number (*if known*) _____
_____
Name

---

**11. Why is the case filed in this district?**

Check all that apply:

- ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes.   Insurance agency  _____
  Contact name  _____
  Phone  _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   .  Check one:

- ☐ Funds will be available for distribution to unsecured creditors.
- ☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☑ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☑ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | SECU SERVE, INC. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signature**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 30, 2015**
                MM / DD / YYYY

**X** **/s/ ANGEL CORDERO**        **ANGEL CORDERO**
Signature of authorized representative of debtor      Printed name

Title    **PRESIDENT**

---

**18. Signature of attorney**

**X** **/s/ Ruben Gonzalez Marrero**      Date **December 30, 2015**
Signature of attorney for debtor             MM / DD / YYYY

**Ruben Gonzalez Marrero**
Printed name

**RUBEN GONZALEZ MARRERO & ASOCIADOS**
Firm name

**CARR. 174 BLQ. 21-24**
**SANTA ROSA**
**Bayamon, PR 00959**
Number, Street, City, State & ZIP Code

Contact phone    **787-798-8600**      Email address    **rgm@microjuris.com**

Bar number and State

## RESOLUCION CORPORATIVA

Yo, Jenny Barbosa Colón, mayor de edad, S.S. XXX-XX-1678, vecina de Bayamón, Puerto Rico y como Secretaría de la Corporación Secuserve, Inc., una corporación debidamente organizada y existente bajo las Leyes del Estado Libre Asociado de Puerto Rico; CERTIFICO:

Que en reunión de la Junta de Directores de esta corporación debidamente convocada y celebrada en Bayamón, Puerto Rico, el 1 de Septiembre de 2015, y en la cual hubo "quórum" se votó y aprobó de manera unánime el cierre de las operaciones de la compañía y su declaración en quiebra. Ante esto se acuerda lo siguiente:

Se autoriza al señor Ángel Cordero Rodríguez, el cual es Presidente de la Corporación, para que a nombre de la corporación y en representación de todos sus componentes liquide la totalidad de la Corporación y proceda con el cierre de la misma, dada la precaria situación económica atravesada, la cual nos impide continuar operaciones.

En mi carácter de Secretaría de la corporación, CERTIFICO además, que la Resolución arriba transcrita no ha sido revocada, anulada, alterada o enmendada en forma alguna y que se mantiene vigente con toda fuerza y vigor, y que la misma fue adoptada en conformidad con las disposiciones estatuarias de la corporación, del Certificado de Incorporación y de la Ley.

Y PARA QUE ASI CONSTE, firmo la presente y estampo el sello de la Corporación.

En Bayamón, Puerto Rico, al 1 de septiembre de 2015.

Sra. Jenny Barbosa Colón
Secretaría

**Fill in this information to identify the case:**

Debtor name    **SECU SERVE, INC.**

United States Bankruptcy Court for the:    DISTRICT OF PUERTO RICO

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 30, 2015**    X **/s/ ANGEL CORDERO**
                                            Signature of individual signing on behalf of debtor

                                          **ANGEL CORDERO**
                                          Printed name

                                          **PRESIDENT**
                                          Position or relationship to debtor

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>SECU SERVE, INC.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF PUERTO RICO</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
Copy line 88 from *Schedule A/B*.................................................................................. $    0.00

   **1b. Total personal property:**
Copy line 91A from *Schedule A/B*.............................................................................. $    14,745.90

   **1c. Total of all property:**
Copy line 92 from *Schedule A/B*................................................................................ $    14,745.90

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $    0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 6a of *Schedule E/F*............................................. $    0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*................................ +$    117,450.00

4. **Total liabilities** ....................................................................................................
Lines 2 + 3a + 3b

$    117,450.00

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **SECU SERVE, INC.**

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

| | | | |
|---|---|---|---|
| 3.1. | **BANK ACCOUNT AT: BPPR #**<br>**XXXXXX-2023** | | $0.00 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $0.00 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                             Best Case Bankruptcy

| Debtor | **SECU SERVE, INC.** | Case number *(If known)* |
|---|---|---|
| | Name | |

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| **40.** **Office fixtures** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software**<br>**3 DESKS; 2 CHAIRS (SECRETARIAL); 1 DESKTOP PC; 4 RECEPTION ROOM CHAIRS; 1 HP PRINTER.** | **$0.00** | | **$1,500.00** |

**42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.** **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | $1,500.00 |
|---|---|

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

---

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **SECU SERVE, INC.**                                    Case number *(If known)* _____
_____
Name

☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  |  |  | **Current value of debtor's interest** |
|---|---|---|---|---|

| 71. | **Notes receivable** Description (include name of obligor) **ACCOUNT RECEIVABLES FROM SERVICES RENDERED.** | 13,245.90 - Total face amount | 0.00 = doubtful or uncollectible amount | **$13,245.90** |
|---|---|---|---|---|

72.     **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.     **Interests in insurance policies or annuities**

74.     **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.     **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.     **Trusts, equitable or future interests in property**

77.     **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.     **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

| **$13,245.90** |
|---|

79.     **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor   **SECU SERVE, INC.**                                    Case number *(If known)* _____
_____
Name

---

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $13,245.90 | |
| 91. **Total.** Add lines 80 through 90 for each column | $14,745.90 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $14,745.90 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **SECU SERVE, INC.**

United States Bankruptcy Court for the:    DISTRICT OF PUERTO RICO

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

  ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

  ☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **SECU SERVE, INC.**

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:     List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

**Part 2:     List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**ALBERTO COLON**<br>**URB. JESUS MARIA LAGO**<br>**H15**<br>**UTUADO, PR 00641** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 522.00 |
|---|---|---|---|

Basis for the claim: **precise accuracy and we dispute the amount of the informed amount owed, as on information a belief is greater the amount anticipated. We specifically dispute any interest and/or other charges assessed on this account that in excess of that**

Date or dates debt was incurred **The amount of the debt was supplied by creditor. We claim no knowledge of their**

Is the claim subject to offset?

Last 4 digits of account number **CIBO**

■ No
☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address**<br>**ANGEL RODRIGUEZ**<br>**HC80 BOX 8223**<br>**DORADO, PR 00646** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 2,610.00 |
|---|---|---|---|

Debtor   **SECU SERVE, INC.**                                    Case number (if known)
          _____                            _____
          Name

| | Basis for the claim: | **precise accuracy and we dispute the amount of the informed amount owed, as on information a belief is greater the amount anticipated. We specifically dispute any interest and/or other charges assessed on this account that in excess of that** |
|---|---|---|

Date or dates debt was incurred    **The amount of the debt was supplied by creditor. We claim no knowledge of their**            Is the claim subject to offset?

Last 4 digits of account number    **WORK**                    ☐ No
                                                                ■ No
                                                                ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 2,088.00 |
|---|---|---|---|
| | **ANGELA SANTANO**<br>**TOA ALTA HEIGHTS**<br>**R27, CALLE 22**<br>**TOA ALTA, PR 00953** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

| | Basis for the claim: | **precise accuracy and we dispute the amount of the informed amount owed, as on information a belief is greater the amount anticipated. We specifically dispute any interest and/or other charges assessed on this account that in excess of that** |
|---|---|---|

Date or dates debt was incurred    **The amount of the debt was supplied by creditor. We claim no knowledge of their**            Is the claim subject to offset?

Last 4 digits of account number    **NADA**                    ■ No
                                                                ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 1,040.38 |
|---|---|---|---|
| | **BETSY VAZQUEZ TORRES**<br>**PMB 186**<br>**RR8, BOX 1995**<br>**BAYAMON, PR 00956** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

---

Debtor **SECU SERVE, INC.**
Name

Case number *(if known)*

| | |
|---|---|
| Basis for the claim: | their precise accuracy and we dispute the amount of the informed amount owed, as on information a belief is greater the amount anticipated. We specifically dispute any interest and/or other charges assessed on this account that in excess of |

| Date or dates debt was incurred | **DEBT: The amount of the debt was supplied by creditor. We claim no knowledge of** | Is the claim subject to offset? |
|---|---|---|
| | | ■ No |
| Last 4 digits of account number | **ILLA** | ☐ Yes |

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 1,094.75 |
|---|---|---|---|

**CARLOS A. NIEVES SUAREZ**
**URB. DIPLO**
**CALLE 15, M 18**
**NAGUABO, PR 00718**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| Basis for the claim: | their precise accuracy and we dispute the amount of the informed amount owed, as on information a belief is greater the amount anticipated. We specifically dispute any interest and/or other charges assessed on this account that in excess of |

| Date or dates debt was incurred | **DEBT: The amount of the debt was supplied by creditor. We claim no knowledge of** | Is the claim subject to offset? |
|---|---|---|
| | | ■ No |
| Last 4 digits of account number | **ONGO** | ☐ Yes |

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 1,276.00 |
|---|---|---|---|

**CARLOS GONZALEZ TORRES**
**HC-01**
**BOX 5583**
**BARRANQUITAS, PR 00794**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    **SECU SERVE, INC.**                                    Case number (if known) _____
          Name

| | |
|---|---|
| Basis for the claim: | **their precise accuracy and we dispute the amount of the informed amount owed, as on information a belief is greater the amount anticipated. We specifically dispute any interest and/or other charges assessed on this account that in excess of** |

| | | |
|---|---|---|
| Date or dates debt was incurred | **DEBT: The amount of the debt was supplied by creditor. We claim no knowledge of** | Is the claim subject to offset? |
| | | ■ No |
| Last 4 digits of account number | **ISTA** | ☐ Yes |

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 438.63 |
|---|---|---|---|---|
| | **CARLOS HERNANDEZ DIAZ** **RR8 BOX 1995** **BAYAMON, PR 00956** | Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |

| | |
|---|---|
| Basis for the claim: | **their precise accuracy and we dispute the amount of the informed amount owed, as on information a belief is greater the amount anticipated. We specifically dispute any interest and/or other charges assessed on this account that in excess of** |

| | | |
|---|---|---|
| Date or dates debt was incurred | **DEBT: The amount of the debt was supplied by creditor. We claim no knowledge of** | Is the claim subject to offset? |
| | | ■ No |
| Last 4 digits of account number | **LING** | ☐ Yes |

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 928.00 |
|---|---|---|---|---|
| | **CARMEN NIEVES CURET** **VISTA DEL MORRO** **CALLE VENEZUELA J-25** **CATANO, PR 00962** | Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |

---

Debtor    **SECU SERVE, INC.**                                    Case number (if known) _____
          Name

|  | Basis for the claim: | **their precise accuracy and we dispute the amount of the informed amount owed, as on information a belief is greater the amount anticipated. We specifically dispute any interest and/or other charges assessed on this account that in excess of** |

Date or dates debt was incurred    **DEBT: The amount of the debt was supplied by creditor. We claim no knowledge of**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    **ILLA**

---

**3.9**    Nonpriority creditor's name and mailing address
           **CARMEN ROSADO BATISTA**
           **RR8**
           **BOX 1995 PMB 284**
           **BAYAMON, PR 00956**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$    **1,711.00**

Basis for the claim:    **their precise accuracy and we dispute the amount of the informed amount owed, as on information a belief is greater the amount anticipated. We specifically dispute any interest and/or other charges assessed on this account that in excess of**

Date or dates debt was incurred    **DEBT: The amount of the debt was supplied by creditor. We claim no knowledge of**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    **ILLA**

---

**3.10**    Nonpriority creditor's name and mailing address
            **CESAR MALDONADO**
            **HC-02 BOX 6971**
            **UTUADO, PR 00641**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$    **522.00**

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

| Debtor | **SECU SERVE, INC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Basis for the claim:** their precise accuracy and we dispute the amount of the informed amount owed, as on information a belief is greater the amount anticipated. We specifically dispute any interest and/or other charges assessed on this account that in excess o

Date or dates debt was incurred **DEBT:l The amount of the debt was supplied by creditor. We claim no knowledge of**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number **BONA** ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 90.30 |
|---|---|---|---|

**COPRORACION DEL SEGURO DEL ESTADO (STATE INSURANCE FUND CORPORATION)**
**P.O. BOX 65028**
**SAN JUAN, PR 00936-5028**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** their precise accuracy and we dispute the amount of the informed amount owed, as on information a belief is greater the amount anticipated. We specifically dispute any interest and/or other charges assessed on this account that in excess of

Date or dates debt was incurred **DEBT: The amount of the debt was supplied by creditor. We claim no knowledge of**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number **0313** ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 1,747.25 |
|---|---|---|---|

**CRISTIAN RUIZ**
**JARDINES DE CAGUAS**
**A-12 CALLE A**
**CAGUAS, PR 00725**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor **SECU SERVE, INC.**
Name

Case number (if known) _____

| | |
|---|---|
| Basis for the claim: | their precise accuracy and we dispute the amount of the informed amount owed, as on information a belief is greater the amount anticipated. We specifically dispute any interest and/or other charges assessed on this account that in excess of |

Date or dates debt was incurred

**DEBT: The amount of the debt was supplied by creditor. We claim no knowledge of**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number **ONGO**

---

3.13  **Nonpriority creditor's name and mailing address**
**DEPARTAMENTO DE HACIENDA**
**P.O. BOX 50072**
**SAN JUAN, PR 00902-6272**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **880.46**

| | |
|---|---|
| Basis for the claim: | e of their precise accuracy and we dispute the amount of the informed amount owed, as on information a belief is greater the amount anticipated. We specifically dispute any interest and/or other charges assessed on this account that in exce |

Date or dates debt was incurred

**2011 DEBT: The amount of the debt was supplied by creditor. We claim no knowledg**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number **9892**

---

3.14  **Nonpriority creditor's name and mailing address**
**DEPARTAMENTO DEL TRABAJO**
**C/O ISRAEL RIVERA PEREZ**
**P.O. BOX 1057**
**BAYAMON, PR 00960**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **6,436.46**

---

Debtor **SECU SERVE, INC.**
Name

Case number (if known)

**Basis for the claim:** pplied by creditor. We claim no knowledge of their precise accuracy and we dispute the amount of the informed amount owed, as on information a belief is greater the amount anticipated. We specifically dispute any interest and/or other charg

Date or dates debt was incurred **DEPARTMENT CLAIM ON BEHALF OF ISREAL RIVERA PEREZ: The amount of the debt was su**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number **2500**

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | **633.55** |

**DEPARTAMENTO DEL TRABAJO NEGOCIADO DE SEGURIDAD DE EMPLEO AVE. MUNOZ RIVERA, 505 HATO REY, PR 00918**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** their precise accuracy and we dispute the amount of the informed amount owed, as on information a belief is greater the amount anticipated. We specifically dispute any interest and/or other charges assessed on this account that in excess of

Date or dates debt was incurred **DEBT: The amount of the debt was supplied by creditor. We claim no knowledge of**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number **0002**

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | **5,411.00** |

**DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS P.O. BOX 21361 SAN JUAN, PR 00928-1381**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor   **SECU SERVE, INC.**

Name

Case number (if known)

| | | |
|---|---|---|
| Basis for the claim: | upplied by creditor. We claim no knowledge of their precise accuracy and we dispute the amount of the informed amount owed, as on information a belief is greater the amount anticipated. We specifically dispute any interest and/or other char | |

Date or dates debt was incurred   **DEPARTMENT CLAIM ON BEHALF OF SAMUEL MOLINA TORRES: The amount of the debt was s**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number   **3913**

---

**3.17**

Nonpriority creditor's name and mailing address

**DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS**
**P.O. BOX 1057**
**BAYAMON, PR 00960**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **4,748.46**

| | | |
|---|---|---|
| Basis for the claim: | precise accuracy and we dispute the amount of the informed amount owed, as on information a belief is greater the amount anticipated. We specifically dispute any interest and/or other charges assessed on this account that in excess of that | |

Date or dates debt was incurred   **The amount of the debt was supplied by creditor. We claim no knowledge of their**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number   **9712**

---

**3.18**

Nonpriority creditor's name and mailing address

**DIEGO VILLANUEVA MATEO**
**URB. VALENCIA**
**#1 CALLE MAIO PEREZ 26**
**JUNCOS, PR 00777**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **638.00**

---

| Debtor | SECU SERVE, INC. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Basis for the claim: | their precise accuracy and we dispute the amount of the informed amount owed, as on information a belief is greater the amount anticipated. We specifically dispute any interest and/or other charges assessed on this account that in excess of |
|---|---|

| Date or dates debt was incurred | **DEBT: The amount of the debt was supplied by creditor. We claim no knowledge of** | Is the claim subject to offset? |
|---|---|---|

■ No

| Last 4 digits of account number | **BLEU** | ☐ Yes |
|---|---|---|

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 659.75 |
|---|---|---|---|

**EDGARDO RODRIGUEZ SANTIAGO**
**URB. REXVILLE**
**CALLE 8 H2**
**BAYAMON, PR 00957**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Basis for the claim: | their precise accuracy and we dispute the amount of the informed amount owed, as on information a belief is greater the amount anticipated. We specifically dispute any interest and/or other charges assessed on this account that in excess of |
|---|---|

| Date or dates debt was incurred | **DEBT: The amount of the debt was supplied by creditor. We claim no knowledge of** | Is the claim subject to offset? |
|---|---|---|

■ No

| Last 4 digits of account number | **ILLA** | ☐ Yes |
|---|---|---|

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 1,044.00 |
|---|---|---|---|

**EMILY BRITO FORTUNA**
**BO. CERRO GORDO**
**CARR. 167 KM.1 HM5**
**BAYAMON, PR 00956**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | **SECU SERVE, INC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Basis for the claim:** **their precise accuracy and we dispute the amount of the informed amount owed, as on information a belief is greater the amount anticipated. We specifically dispute any interest and/or other charges assessed on this account that in excess of**

Date or dates debt was incurred   **DEBT: The amount of the debt was supplied by creditor. We claim no knowledge of**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **RQUE**

---

**3.21**

**Nonpriority creditor's name and mailing address**
**ENNITH MUNIZ**
**URB. CANA**
**CALLE 32 EE5D BAJOS**
**BAYAMON, PR 00956**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$   **1,160.00**

**Basis for the claim:** **their precise accuracy and we dispute the amount of the informed amount owed, as on information a belief is greater the amount anticipated. We specifically dispute any interest and/or other charges assessed on this account that in excess of**

Date or dates debt was incurred   **DEBT: The amount of the debt was supplied by creditor. We claim no knowledge of**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **ILLA**

---

**3.22**

**Nonpriority creditor's name and mailing address**
**FELICIANO VEGA**
**URB. LAS CAROLINAS**
**B5 CALLE E2**
**CAGUAS, PR 00725**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$   **1,344.00**

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | SECU SERVE, INC. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Basis for the claim:** their precise accuracy and we dispute the amount of the informed amount owed, as on information a belief is greater the amount anticipated. We specifically dispute any interest and/or other charges assessed on this account that in excess of

Date or dates debt was incurred   **DEBT: The amount of the debt was supplied by creditor. We claim no knowledge of**

Is the claim subject to offset?

Last 4 digits of account number   **UTEP**

■ No
☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 4,449.93 |
|---|---|---|---|

**FONDO DEL SEGURO DEL ESTADO
OFICINA REGIONAL DE BAYAMON
P.O. BOX 248
BAYAMON, PR 00960-0248**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** no knowledge of their precise accuracy and we dispute the amount of the informed amount owed, as on information a belief is greater the amount anticipated. We specifically dispute any interest and/or other charges assessed on this account

Date or dates debt was incurred   **INSURANCE POLICY DEBT: The amount of the debt was supplied by creditor. We claim**

Is the claim subject to offset?

Last 4 digits of account number   **0313**

■ No
☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 1,685.63 |
|---|---|---|---|

**GLADYS COLON RODRIGUEZ
CALLE CARLOS GARDEL
207 SECTOR VILLA CLEMENTE
TOA BAJA, PR 00919**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor   **SECU SERVE, INC.**                                            Case number (if known)
Name

| | |
|---|---|
| Basis for the claim: | **their precise accuracy and we dispute the amount of the informed amount owed, as on information a belief is greater the amount anticipated. We specifically dispute any interest and/or other charges assessed on this account that in excess of** |

Date or dates debt was incurred   **DEBT: The amount of the debt was supplied by creditor. We claim no knowledge of**

Is the claim subject to offset?

■ No

Last 4 digits of account number   **ILLA**   ☐ Yes

---

**3.25**

Nonpriority creditor's name and mailing address
**GLORIA PILLOT
VISTA DEL MORRO
CALLE VENEZUELA J-25
CATANO, PR 00962**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$   **651.75**

Basis for the claim: **their precise accuracy and we dispute the amount of the informed amount owed, as on information a belief is greater the amount anticipated. We specifically dispute any interest and/or other charges assessed on this account that in excess of**

Date or dates debt was incurred   **DEBT: The amount of the debt was supplied by creditor. We claim no knowledge of**

Is the claim subject to offset?

■ No

Last 4 digits of account number   **ILLA**   ☐ Yes

---

**3.26**

Nonpriority creditor's name and mailing address
**GLORIA SOTO
RIO PLANTATION
CALLE 2B ESTE 3
BAYAMON, PR 00961**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$   **1,276.00**

---

Debtor    **SECU SERVE, INC.**        Case number *(if known)*
Name

Basis for the claim:    **their precise accuracy and we dispute the amount of the informed amount owed, as on information a belief is greater the amount anticipated. We specifically dispute any interest and/or other charges assessed on this account that in excess of**

Date or dates debt was incurred    **DEBT: The amount of the debt was supplied by creditor. We claim no knowledge of**

Is the claim subject to offset?

■ No

Last 4 digits of account number    **BLEU**      ☐ Yes

---

| 3.27 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**HECTOR SANTIAGO**
**ALTURAS RIO GRANDE**
**G333 CALLE 7**
**RIO GRANDE, PR 00745**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    **769.60**

Basis for the claim:    **their precise accuracy and we dispute the amount of the informed amount owed, as on information a belief is greater the amount anticipated. We specifically dispute any interest and/or other charges assessed on this account that in excess of**

Date or dates debt was incurred    **DEBT: The amount of the debt was supplied by creditor. We claim no knowledge of**

Is the claim subject to offset?

■ No

Last 4 digits of account number    **BLEU**      ☐ Yes

---

| 3.28 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**INTERNAL REVENUE SERVICE**
**P.O. BOX 7346**
**PHILADELPHIA, PA 19101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    **6,328.70**

---

| Debtor | SECU SERVE, INC. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Basis for the claim:** their precise accuracy and we dispute the amount of the informed amount owed, as on information a belief is greater the amount anticipated. We specifically dispute any interest and/or other charges assessed on this account that in excess of

Date or dates debt was incurred **TAXES:The amount of the debt was supplied by creditor. We claim no knowledge of**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **9892**

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 3,440.80 |
|---|---|---|---|

**JAYSON BERRIOS PILOT
SANTA JUANITA
CALLE CASTOR FA-8, SECCION 12
BAYAMON, PR 00956**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** their precise accuracy and we dispute the amount of the informed amount owed, as on information a belief is greater the amount anticipated. We specifically dispute any interest and/or other charges assessed on this account that in excess of

Date or dates debt was incurred **DEBT: The amount of the debt was supplied by creditor. We claim no knowledge of**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **OFIC**

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 583.63 |
|---|---|---|---|

**JENIFER RIVERA NEGRON
CARR. 5 # 214
BO. SINGAPUR
JUANA DIAZ, PR 00960**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    **SECU SERVE, INC.**                                                    Case number (if known)  _____
_____
Name

|  | | |
|---|---|---|
| | **Basis for the claim:** | their precise accuracy and we dispute the amount of the informed amount owed, as on information a belief is greater the amount anticipated. We specifically dispute any interest and/or other charges assessed on this account that in excess of |

Date or dates debt was incurred    **DEBT: The amount of the debt was supplied by creditor. We claim no knowledge of**

Is the claim subject to offset?

■ No

Last 4 digits of account number    **ONGO**        ☐ Yes

---

**3.31**  Nonpriority creditor's name and mailing address
**JENNY BARBOSA COLON**
**ROYAL TOWN**
**14-14 CALLE 54**
**BAYMON, PR 00957**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **2,328.00**

**Basis for the claim:**  their precise accuracy and we dispute the amount of the informed amount owed, as on information a belief is greater the amount anticipated. We specifically dispute any interest and/or other charges assessed on this account that in excess of

Date or dates debt was incurred    **DEBT: The amount of the debt was supplied by creditor. We claim no knowledge of**

Is the claim subject to offset?

■ No

Last 4 digits of account number    **VACA**        ☐ Yes

---

**3.32**  Nonpriority creditor's name and mailing address
**JESSIE RUIZ**
**URB. SAN RAFAEL**
**CALLE 1 C18**
**CAGUAS, PR 00725**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **348.00**

---

| Debtor | SECU SERVE, INC. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Basis for the claim: | their precise accuracy and we dispute the amount of the informed amount owed, as on information a belief is greater the amount anticipated. We specifically dispute any interest and/or other charges assessed on this account that in excess of |
|---|---|---|

| Date or dates debt was incurred | **DEBT: The amount of the debt was supplied by creditor. We claim no knowledge of** | Is the claim subject to offset? |
|---|---|---|
| | | ■ No |
| Last 4 digits of account number | **ONGO** | ☐ Yes |

---

**3.33**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 1,392.00 |
|---|---|---|
| **JOHANNA ALICEA** | *Check all that apply.* | |
| **BO. AMELIA** | ☐ Contingent | |
| **#33 CALLE HERMANDAD** | ☐ Unliquidated | |
| **GUAYNABO, PR 00962** | ☐ Disputed | |

| | Basis for the claim: | their precise accuracy and we dispute the amount of the informed amount owed, as on information a belief is greater the amount anticipated. We specifically dispute any interest and/or other charges assessed on this account that in excess of |
|---|---|---|

| Date or dates debt was incurred | **DEBT: The amount of the debt was supplied by creditor. We claim no knowledge of** | Is the claim subject to offset? |
|---|---|---|
| | | ■ No |
| Last 4 digits of account number | **RQUE** | ☐ Yes |

---

**3.34**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 587.25 |
|---|---|---|
| **JOHN BERRIOS MORALES** | *Check all that apply.* | |
| **P.O. BOX 909** | ☐ Contingent | |
| **TRUJILLO ALTO, PR 00954** | ☐ Unliquidated | |
| | ☐ Disputed | |

Debtor   **SECU SERVE, INC.**                                   Case number (if known) _____
          Name

| | |
|---|---|
| Basis for the claim: | **their precise accuracy and we dispute the amount of the informed amount owed, as on information a belief is greater the amount anticipated. We specifically dispute any interest and/or other charges assessed on this account that in excess of** |

Date or dates debt was incurred   **DEBT: The amount of the debt was supplied by creditor. We claim no knowledge of**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **LING**

---

**3.35**

Nonpriority creditor's name and mailing address
**JORGE L. RIVERA MOJICA
RIO LAJAS
APARTADO 1084
TOA ALTA, PR 00954**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$   **1,710.00**

Basis for the claim: **their precise accuracy and we dispute the amount of the informed amount owed, as on information a belief is greater the amount anticipated. We specifically dispute any interest and/or other charges assessed on this account that in excess of**

Date or dates debt was incurred   **DEBT: The amount of the debt was supplied by creditor. We claim no knowledge of**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **WORK**

---

**3.36**

Nonpriority creditor's name and mailing address
**JOSE A. RIVERA
SECTOR HONDURAS
CALLE LA GALLERA #1
LOIZA, PR 00956**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$   **1,429.25**

---

| Debtor | SECU SERVE, INC. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | Basis for the claim: | their precise accuracy and we dispute the amount of the informed amount owed, as on information a belief is greater the amount anticipated. We specifically dispute any interest and/or other charges assessed on this account that in excess of |

| Date or dates debt was incurred | **DEBT: The amount of the debt was supplied by creditor. We claim no knowledge of** | Is the claim subject to offset? |

■ No
☐ Yes

| Last 4 digits of account number | **LING** |

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 2,037.26 |
|---|---|---|---|

**JOSE D. ALVAREZ**
**BO. LOS OLIVOS**
**SECTOR HOLLYWOOD #4**
**BAYAMON, PR 00961**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: their precise accuracy and we dispute the amount of the informed amount owed, as on information a belief is greater the amount anticipated. We specifically dispute any interest and/or other charges assessed on this account that in excess of

| Date or dates debt was incurred | **DEBT: The amount of the debt was supplied by creditor. We claim no knowledge of** | Is the claim subject to offset? |

■ No
☐ Yes

| Last 4 digits of account number | **NNIA** |

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 1,740.00 |
|---|---|---|---|

**JOSE I. CORDERO**
**URB. REXVILLE**
**DE 6 CALLE 29**
**BAYAMON, PR 00957**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | SECU SERVE, INC. | Case number (if known) | |
| | Name | | |

| Basis for the claim: | their precise accuracy and we dispute the amount of the informed amount owed, as on information a belief is greater the amount anticipated. We specifically dispute any interest and/or other charges assessed on this account that in excess of |

Date or dates debt was incurred | **DEBT: The amount of the debt was supplied by creditor. We claim no knowledge of**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number | **VACA**

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 522.00 |
| | **JOSE R. SANTIAGO** | Check all that apply. | | |
| | **CALLE CRISTOBAL COLON # 238** | ☐ Contingent | | |
| | **ALTOS** | ☐ Unliquidated | | |
| | **ARECIBO, PR 00612** | ☐ Disputed | | |

| Basis for the claim: | their precise accuracy and we dispute the amount of the informed amount owed, as on information a belief is greater the amount anticipated. We specifically dispute any interest and/or other charges assessed on this account that in excess of |

Date or dates debt was incurred | **DEBT: The amount of the debt was supplied by creditor. We claim no knowledge of**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number | **BONA**

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 822.88 |
| | **JOSE ZAYAS** | Check all that apply. | | |
| | **HC-1 9100** | ☐ Contingent | | |
| | **TOA BAJA, PR 00949** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Debtor  **SECU SERVE, INC.**
Name

Case number (if known)

| | |
|---|---|
| Basis for the claim: | **their precise accuracy and we dispute the amount of the informed amount owed, as on information a belief is greater the amount anticipated. We specifically dispute any interest and/or other charges assessed on this account that in excess of** |

Date or dates debt was incurred | **DEBT: The amount of the debt was supplied by creditor. We claim no knowledge of**

Is the claim subject to offset?

■ No

Last 4 digits of account number | **ONGO**

☐ Yes

---

3.41 | **Nonpriority creditor's name and mailing address**
**JUAN C. CORDERO**
**URB. REXVILLE**
**DE 6 CALLE 29**
**BAYAMON, PR 00957**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$  **9,967.20**

Basis for the claim: | **their precise accuracy and we dispute the amount of the informed amount owed, as on information a belief is greater the amount anticipated. We specifically dispute any interest and/or other charges assessed on this account that in excess of**

Date or dates debt was incurred | **DEBT: The amount of the debt was supplied by creditor. We claim no knowledge of**

Is the claim subject to offset?

■ No

Last 4 digits of account number | **VACA**

☐ Yes

---

3.42 | **Nonpriority creditor's name and mailing address**
**JUAN CUADRADO SANCHEZ**
**SECTOR HONDURAS**
**CALLE LA GALLERA #1**
**LOZA, PR 00956**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$  **967.88**

---

| Debtor | SECU SERVE, INC. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

Basis for the claim: **their precise accuracy and we dispute the amount of the informed amount owed, as on information a belief is greater the amount anticipated. We specifically dispute any interest and/or other charges assessed on this account that in excess of**

Date or dates debt was incurred **DEBT: The amount of the debt was supplied by creditor. We claim no knowledge of**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number **LING**

---

3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 1,163.63
JUAN GABRIEL MEDINA VAZQUEZ
FLAMINGO APARTMENTS
APTO. #6204
BAYAMON, PR 00960

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **their precise accuracy and we dispute the amount of the informed amount owed, as on information a belief is greater the amount anticipated. We specifically dispute any interest and/or other charges assessed on this account that in excess of**

Date or dates debt was incurred **DEBT: The amount of the debt was supplied by creditor. We claim no knowledge of**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number **NNIA**

---

3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 1,450.00
JULIA ORTEGA
RR-4
BOX 2786
BAYAMON, PR 00956

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor  **SECU SERVE, INC.**
Name

Case number (if known)

**Basis for the claim:** their precise accuracy and we dispute the amount of the informed amount owed, as on information a belief is greater the amount anticipated. We specifically dispute any interest and/or other charges assessed on this account that in excess of

Date or dates debt was incurred   **DEBT: The amount of the debt was supplied by creditor. We claim no knowledge of**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **RQUE**

---

| 3.45 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**KEYSHIA M. GUZMAN**
**BO. LOS OLIVOS**
**SECTOR # 4**
**BAYAMON, PR 00961**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$   **928.00**

**Basis for the claim:** their precise accuracy and we dispute the amount of the informed amount owed, as on information a belief is greater the amount anticipated. We specifically dispute any interest and/or other charges assessed on this account that in excess of

Date or dates debt was incurred   **DEBT: The amount of the debt was supplied by creditor. We claim no knowledge of**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **UCAR**

---

| 3.46 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**LEMARK GARCIA**
**BO. BARAHONA**
**CALLE ANGEL QUINTERO BZ 5-B**
**MOROVIS, PR 00687**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$   **435.00**

---

Debtor  **SECU SERVE, INC.**                                    Case number (if known)  _____
          _____
          Name

| | |
|---|---|
| **Basis for the claim:** | **precise accuracy and we dispute the amount of the informed amount owed, as on information a belief is greater the amount anticipated. We specifically dispute any interest and/or other charges assessed on this account that in excess of that** |

Date or dates debt was incurred    **The amount of the debt was supplied by creditor. We claim no knowledge of their**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number   **BONA**      ☐ Yes

---

| 3.47 | |
|---|---|

Nonpriority creditor's name and mailing address
**LESLIE RODRIGUEZ
RR4
BUZON 27770
TOA ALTA, PR 00953**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$  **1,276.00**

**Basis for the claim:**  **precise accuracy and we dispute the amount of the informed amount owed, as on information a belief is greater the amount anticipated. We specifically dispute any interest and/or other charges assessed on this account that in excess of that**

Date or dates debt was incurred    **The amount of the debt was supplied by creditor. We claim no knowledge of their**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number   **ISTA**      ☐ Yes

---

| 3.48 | |
|---|---|

Nonpriority creditor's name and mailing address
**LIANNIE SUAREZ
URB. LAGOS DEL PLATA
V20 CALLE 21
TOA ALTA, PR 00949**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$  **1,824.10**

Debtor **SECU SERVE, INC.**

Name

Case number *(if known)*

| | | |
|---|---|---|
| **Basis for the claim:** | | **precise accuracy and we dispute the amount of the informed amount owed, as on information a belief is greater the amount anticipated. We specifically dispute any interest and/or other charges assessed on this account that in excess of that** |

| | | | |
|---|---|---|---|
| Date or dates debt was incurred | **The amount of the debt was supplied by creditor. We claim no knowledge of their** | **Is the claim subject to offset?** | |
| | | ■ No | |
| Last 4 digits of account number | **NNIA** | ☐ Yes | |

---

| 3.49 | **Nonpriority creditor's name and mailing address** **LIBNA FIGUEROA ESTRELLA** **URB. FAIRVIEW** **CALLE FRANCISCO ZUNIGA # 1908** **SAN JUAN, PR 00926** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $ **1,450.40** |

| | | |
|---|---|---|
| **Basis for the claim:** | | **precise accuracy and we dispute the amount of the informed amount owed, as on information a belief is greater the amount anticipated. We specifically dispute any interest and/or other charges assessed on this account that in excess of that** |

| | | |
|---|---|---|
| Date or dates debt was incurred | **The amount of the debt was supplied by creditor. We claim no knowledge of their** | **Is the claim subject to offset?** |
| | | ■ No |
| Last 4 digits of account number | **CARE** | ☐ Yes |

---

| 3.50 | **Nonpriority creditor's name and mailing address** **LINETTE AFANADOR** **LOMAS VERDES** **CALLE AZUCENA J20** **BAYAMON, PR 00956** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $ **1,000.50** |

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Debtor   **SECU SERVE, INC.**                                                    Case number (if known) _____
         Name

|  |  |  |
|---|---|---|
| Basis for the claim: | **precise accuracy and we dispute the amount of the informed amount owed, as on information a belief is greater the amount anticipated. We specifically dispute any interest and/or other charges assessed on this account that in excess of that** | |

| Date or dates debt was incurred | **The amount of the debt was supplied by creditor. We claim no knowledge of their** | Is the claim subject to offset? |
|---|---|---|
| | | ■ No |
| Last 4 digits of account number | **BLEU** | ☐ Yes |

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | **717.75** |
|---|---|---|---|---|
| | **LUIS RIVERA MARRERO**<br>**HC7-35504**<br>**CAGUAS, PR 00725** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| | | Basis for the claim: | **precise accuracy and we dispute the amount of the informed amount owed, as on information a belief is greater the amount anticipated. We specifically dispute any interest and/or other charges assessed on this account that in excess of that** |
|---|---|---|---|

| Date or dates debt was incurred | **The amount of the debt was supplied by creditor. We claim no knowledge of their** | Is the claim subject to offset? |
|---|---|---|
| | | ■ No |
| Last 4 digits of account number | **ONGO** | ☐ Yes |

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | **3,737.38** |
|---|---|---|---|---|
| | **MARGARITA MORALES**<br>**TOMAS DE CASTRO K8 H4**<br>**CAGUAS, PR 00725** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

---

| Debtor | SECU SERVE, INC. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**Basis for the claim:**   precise accuracy and we dispute the amount of the informed amount owed, as on information a belief is greater the amount anticipated. We specifically dispute any interest and/or other charges assessed on this account that in excess of that

Date or dates debt was incurred   **The amount of the debt was supplied by creditor. We claim no knowledge of their**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number   **ONGO**

---

3.53   **Nonpriority creditor's name and mailing address**
**MCS LIFE INSURANCE COMPANY**
**P.O. BOX 9023547**
**SAN JUAN, PR 00902-3547**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$   **1,314.20**

**Basis for the claim:**   of their precise accuracy and we dispute the amount of the informed amount owed, as on information a belief is greater the amount anticipated. We specifically dispute any interest and/or other charges assessed on this account that in exces

Date or dates debt was incurred   **SERVICES: The amount of the debt was supplied by creditor. We claim no knowledge**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number   **0253**

---

3.54   **Nonpriority creditor's name and mailing address**
**NICOLE ANDINO**
**URB.VILLAS DE SAN MIGUEL A27**
**BAYAMON, PR 00959**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$   **1,283.26**

---

Debtor    **SECU SERVE, INC.**                                    Case number (if known)
          Name

| | |
|---|---|
| Basis for the claim: | **precise accuracy and we dispute the amount of the informed amount owed, as on information a belief is greater the amount anticipated. We specifically dispute any interest and/or other charges assessed on this account that in excess of that** |

Date or dates debt was incurred    **The amount of the debt was supplied by creditor. We claim no knowledge of their**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    **ISCO**

---

| | | | |
|---|---|---|---|
| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ 2,388.88 |
| | **NYDIA TORRES RODRIGUEZ** | Check all that apply. | |
| | **PARQUES LAS MERCEDES** | ☐ Contingent | |
| | **CALLE TIO LEOPO #G3** | ☐ Unliquidated | |
| | **CAGUAS, PR 00725** | ☐ Disputed | |

| | |
|---|---|
| Basis for the claim: | **precise accuracy and we dispute the amount of the informed amount owed, as on information a belief is greater the amount anticipated. We specifically dispute any interest and/or other charges assessed on this account that in excess of that** |

Date or dates debt was incurred    **The amount of the debt was supplied by creditor. We claim no knowledge of their**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    **NNIA**

---

| | | | |
|---|---|---|---|
| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ 884.50 |
| | **PABLO SEGARRA** | Check all that apply. | |
| | **URB. LAGOS DE PLATA** | ☐ Contingent | |
| | **V20 CALLE 21** | ☐ Unliquidated | |
| | **TOA BAJA, PR 00949** | ☐ Disputed | |

---

Debtor **SECU SERVE, INC.**
Name

Case number *(if known)*

**Basis for the claim:** **precise accuracy and we dispute
the amount of the informed
amount owed, as on information
a belief is greater the amount
anticipated. We specifically
dispute any interest and/or other
charges assessed on this
account that in excess of that**

Date or dates debt was incurred **The amount of
the debt was
supplied by
creditor. We
claim no
knowledge of
their**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number **NNIA**           ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 844.63 |
|---|---|---|---|---|

**PAULA LACEN BETANCOURT
SECTOR HONDURAS
CALLE LA GALLERA # 1
LOIZA, PR 00772**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **precise accuracy and we dispute
the amount of the informed
amount owed, as on information
a belief is greater the amount
anticipated. We specifically
dispute any interest and/or other
charges assessed on this
account that in excess of that**

Date or dates debt was incurred **The amount of
the debt was
supplied by
creditor. We
claim no
knowledge of
their**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number **LING**           ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 522.00 |
|---|---|---|---|---|

**RADAMES FREYTES
PASEO CIPRES
VILLA PINARES
VEGA BAJA, PR 00963**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor   **SECU SERVE, INC.**
Name

Case number (if known)

Basis for the claim: **precise accuracy and we dispute
the amount of the informed
amount owed, as on information
a belief is greater the amount
anticipated. We specifically
dispute any interest and/or other
charges assessed on this
account that in excess of that**

Date or dates debt was incurred   **The amount of
the debt was
supplied by
creditor. We
claim no
knowledge of
their**

Is the claim subject to offset?

☑ No

Last 4 digits of account number   **BONA**   ☐ Yes

---

| 3.59 | | | |

**Nonpriority creditor's name and mailing address**
**RAMON BERRIOS
BO. CAMPANILLAS
CALLE FORTALEZA 374
TOA BAJA, PR 00949**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$   **1,334.00**

Basis for the claim: **precise accuracy and we dispute
the amount of the informed
amount owed, as on information
a belief is greater the amount
anticipated. We specifically
dispute any interest and/or other
charges assessed on this
account that in excess of that**

Date or dates debt was incurred   **The amount of
the debt was
supplied by
creditor. We
claim no
knowledge of
their**

Is the claim subject to offset?

☑ No

Last 4 digits of account number   **BONA**   ☐ Yes

---

| 3.60 | | | |

**Nonpriority creditor's name and mailing address**
**RAMON PEDRAGON
ESTANCIAS DE HATO NUEVO
CALLE 6 F100
GURABO, PR 00778**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$   **1,290.50**

---

| Debtor | **SECU SERVE, INC.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**Basis for the claim:** **precise accuracy and we dispute the amount of the informed amount owed, as on information a belief is greater the amount anticipated. We specifically dispute any interest and/or other charges assessed on this account that in excess of that**

| Date or dates debt was incurred | **The amount of the debt was supplied by creditor. We claim no knowledge of their** | Is the claim subject to offset? |
|---|---|---|

■ No
☐ Yes

| Last 4 digits of account number | **BONA** |
|---|---|

---

| 3.61 | **Nonpriority creditor's name and mailing address**<br>**RAQUEL AYENDE** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ | **1,420.80** |
|---|---|---|---|---|

**Basis for the claim:** **precise accuracy and we dispute the amount of the informed amount owed, as on information a belief is greater the amount anticipated. We specifically dispute any interest and/or other charges assessed on this account that in excess of that**

| Date or dates debt was incurred | **The amount of the debt was supplied by creditor. We claim no knowledge of their** | Is the claim subject to offset? |
|---|---|---|

■ No
☐ Yes

| Last 4 digits of account number | **ISTA** |
|---|---|

---

| 3.62 | **Nonpriority creditor's name and mailing address**<br>**REY J. LEON**<br>**URB. RIO HONDO 1**<br>**CALLE RIO CAGUITAS M5 APTO. B**<br>**BAYAMON, PR 00957** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ | **1,326.76** |
|---|---|---|---|---|

Debtor  **SECU SERVE, INC.**                                           Case number (if known) _____
        Name

| | |
|---|---|
| **Basis for the claim:** | **precise accuracy and we dispute the amount of the informed amount owed, as on information a belief is greater the amount anticipated. We specifically dispute any interest and/or other charges assessed on this account that in excess of that** |

Date or dates debt was incurred    **The amount of the debt was supplied by creditor. We claim no knowledge of their**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number    **ISCO**          ☐ Yes

---

**3.63**   Nonpriority creditor's name and mailing address                As of the petition filing date, the claim is:          $   **522.00**
        **REYNALDO MOLINA**                                          Check all that apply.
        **P.O. BOX 9638**                                            ☐ Contingent
        **COTTO STATION**                                            ☐ Unliquidated
        **ARECIBO, PR 00613**                                        ☐ Disputed

| | |
|---|---|
| **Basis for the claim:** | **precise accuracy and we dispute the amount of the informed amount owed, as on information a belief is greater the amount anticipated. We specifically dispute any interest and/or other charges assessed on this account that in excess of that** |

Date or dates debt was incurred    **The amount of the debt was supplied by creditor. We claim no knowledge of their**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number    **BONA**          ☐ Yes

---

**3.64**   Nonpriority creditor's name and mailing address                As of the petition filing date, the claim is:          $   **0.00**
        **RICARDO PRINCIPE & ASSOCIATES**                             Check all that apply.
        **P.O. BOX 434**                                             ☐ Contingent
        **BAYAMON, PR 00960**                                        ☐ Unliquidated
                                                                     ☐ Disputed

---

Debtor **SECU SERVE, INC.**
Name

Case number *(if known)*

---

**Basis for the claim:** of their precise accuracy and we dispute the amount of the informed amount owed, as on information a belief is greater the amount anticipated. We specifically dispute any interest and/or other charges assessed on this account that in exces

Date or dates debt was incurred **SERVICES: The amount of the debt was supplied by creditor. We claim no knowledge**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number **XXXX**

---

3.65

**Nonpriority creditor's name and mailing address**
**RODOLFO VEGA**
**ESTANCIAS HATO NUEVO**
**CALLE 34 BH4**
**BAYAMON, PR 00957**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **1,276.00**

**Basis for the claim:** precise accuracy and we dispute the amount of the informed amount owed, as on information a belief is greater the amount anticipated. We specifically dispute any interest and/or other charges assessed on this account that in excess of that

Date or dates debt was incurred **The amount of the debt was supplied by creditor. We claim no knowledge of their**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number **ISTA**

---

3.66

**Nonpriority creditor's name and mailing address**
**SAMUEL MOLINA**
**CANTERA CALLE LA PAZ 161**
**SAN JUAN, PR 00914**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **1,634.88**

---

Debtor   **SECU SERVE, INC.**                                        Case number (if known) _____
_____
Name

| | |
|---|---|
| **Basis for the claim:** | **precise accuracy and we dispute the amount of the informed amount owed, as on information a belief is greater the amount anticipated. We specifically dispute any interest and/or other charges assessed on this account that in excess of that** |

Date or dates debt was incurred   **The amount of the debt was supplied by creditor. We claim no knowledge of their**

**Is the claim subject to offset?**

■ No
Last 4 digits of account number   **NNIA**              ☐ Yes

---

3.67    **Nonpriority creditor's name and mailing address**

**SANTOS RIVERA FLORES
BDA. MORALES
731 CALLE J
CAGUAS, PR 00725**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$                                    **2,755.00**

**Basis for the claim:**   **precise accuracy and we dispute the amount of the informed amount owed, as on information a belief is greater the amount anticipated. We specifically dispute any interest and/or other charges assessed on this account that in excess of that**

Date or dates debt was incurred   **The amount of the debt was supplied by creditor. We claim no knowledge of their**

**Is the claim subject to offset?**

■ No
Last 4 digits of account number   **ONGO**              ☐ Yes

---

3.68    **Nonpriority creditor's name and mailing address**

**SHEILA RIVERA
HC-1 9100
TOA BAJA, PR 00949**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$                                    **2,701.33**

Debtor  **SECU SERVE, INC.**  Case number (if known) _____
_____
Name

Basis for the claim:  **precise accuracy and we dispute
the amount of the informed
amount owed, as on information
a belief is greater the amount
anticipated. We specifically
dispute any interest and/or other
charges assessed on this
account that in excess of that**

Date or dates debt was incurred  **The amount of
the debt was
supplied by
creditor. We
claim no
knowledge of
their**

Is the claim subject to offset?

■ No

Last 4 digits of account number  **ONGO**  ☐ Yes

---

3.69  Nonpriority creditor's name and mailing address  As of the petition filing date, the claim is:  $  **1,276.00**
**TAHIRI RIVERA**  Check all that apply.
**HC-71 BOX 4059**  ☐ Contingent
**BO. CEDRO ARRIBA**  ☐ Unliquidated
**NARANJITO, PR 00719**  ☐ Disputed

Basis for the claim:  **precise accuracy and we dispute
the amount of the informed
amount owed, as on information
a belief is greater the amount
anticipated. We specifically
dispute any interest and/or other
charges assessed on this
account that in excess of that**

Date or dates debt was incurred  **The amount of
the debt was
supplied by
creditor. We
claim no
knowledge of
their**

Is the claim subject to offset?

■ No

Last 4 digits of account number  **ISCO**  ☐ Yes

---

3.70  Nonpriority creditor's name and mailing address  As of the petition filing date, the claim is:  $  **630.75**
**YESENIA VAZQUEZ**  Check all that apply.
**PMB 186**  ☐ Contingent
**RR8 BOX 1995**  ☐ Unliquidated
**BAYAMON, PR 00956**  ☐ Disputed

---

| Debtor | SECU SERVE, INC. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

Basis for the claim: **precise accuracy and we dispute the amount of the informed amount owed, as on information a belief is greater the amount anticipated. We specifically dispute any interest and/or other charges assessed on this account that in excess of that**

Date or dates debt was incurred  **The amount of the debt was supplied by creditor. We claim no knowledge of their**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  **NNIA**

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List** in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **ACS SUPPORT**<br>**P.O. BOX 8208**<br>**PHILADELPHIA, PA 19101-8208** | Line **3.28**<br>☐ Not listed. Explain | |
| 4.2 | **DEPARTAMENTO DE HACIENDA**<br>**P.O. BOX 2520**<br>**SAN JUAN, PR 00977-2520** | Line **3.13**<br>☐ Not listed. Explain | |
| 4.3 | **INTERNAL REVENUE SERVICE**<br>**ACS SUPPORT**<br>**P.O. BOX 8208**<br>**PHILADELPHIA, PA 19101-8208** | Line **3.28**<br>☐ Not listed. Explain | |
| 4.4 | **INTERNAL REVENUE SERVICE**<br>**CINCINNATI, OH 45999-0039** | Line **3.28**<br>☐ Not listed. Explain | |
| 4.5 | **JAYSON BERRIOS PILOT**<br>**HC-37**<br>**BOX 4024**<br>**GUANICA, PR 00653** | Line **3.29**<br>☐ Not listed. Explain | |
| 4.6 | **SAMUEL MOLINA TORRES**<br>**C/O DEPARTAMENTO DEL TRABAJO**<br>**P.O. BOX 21361**<br>**SAN JUAN, PR 00928-1361** | Line **3.14**<br>☐ Not listed. Explain | |

---

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

Debtor   **SECU SERVE, INC.**                                    Case number (if known) _____
            Name

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 117,450.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 117,450.00 |

**Fill in this information to identify the case:**

Debtor name **SECU SERVE, INC.**

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                      12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **SECU SERVE, INC.** |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                               *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street<br><br>City            State            Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | Street<br><br>City            State            Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | Street<br><br>City            State            Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br><br>City            State            Zip Code | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name  **SECU SERVE, INC.**

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     12/15

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ■ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

   | Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Debtor   **SECU SERVE, INC.**                                          Case number *(if known)* _____

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

| Part 3: | Legal Actions or Assignments |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **SAMUEL MOLINA TORRES VS. SECUSERVE, INC. CASE NUMBER: A1-D1-SL-0039-13** | **STATE SALARY CLAIM** | **ADMINISTRATIVE PROCEEDING** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **ISREAEL RIVERA PEREZ VS. SECUSERVE, INC. CASE NUMBER: A8-D1-BN-0090-12** | **STATE SALARY CLAIM** | **ADMINISTRATIVE PROCEEDING** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

| Part 5: | Certain Losses |
|---|---|

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None.

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor   **SECU SERVE, INC.**                         Case number *(if known)*

---

**Part 6:**   **Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **RUBEN GONZALEZ MARRERO CARR. 174 BLQ. 21-24 SANTA ROSA Bayamon, PR 00959** | | | **$3,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   **Previous Locations**

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**   **Health Care Bankruptcies**

15. **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

---

Debtor   **SECU SERVE, INC.** _____ Case number *(if known)* _____

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium

| Debtor | SECU SERVE, INC. | Case number *(if known)* |
|---|---|---|

affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ■ None

| Name and address | Date of service From-To |
|---|---|

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ■ None

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

| Debtor | SECU SERVE, INC. | Case number *(if known)* |
|---|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

---

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| ANGEL R. CORDERO RODRIGUEZ | URB. REXVILLE D-E-6 CALLE 29 | PRESIDENT/SECRETARY/TREASURER | 100 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor     **SECU SERVE, INC.**                                    Case number *(if known)*

correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **December 30, 2015**

**/s/ ANGEL CORDERO**                              **ANGEL CORDERO**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor      **PRESIDENT**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Puerto Rico

In re **SECU SERVE, INC.** _____ Case No. _____

Debtor(s)   Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **3,000.00** |
| Prior to the filing of this statement I have received | $ | **3,000.00** |
| Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. [Other provisions as needed]
   **The undersigned counsel has explained to the debtor(s) that the above stated fee is based on the customary fee for a Chapter 7 Cases for the preparation of the case, representation and the first 341 meeting of creditors. The attorneys will keep a record of time and expenses related to the case, and that should the time and expenses incurred actually exceed the basic cap fee herein disclosed, the attorney(s) may file an application for fees for approval by the court at the agreed rate of $200.00 per hour and $100.00 for paralegal services and these fees and expenses, if approved, will be paid from the funds on hand.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **The agreement is limited to Bankruptcy work up to the filing of the petition This agreement does not contemplate any work in local state court, administrative court or any other forum other that the bankruptcy court. Adversary proceedings and appeals are also outside the scope of agreement with client(s). A new contract will be required .**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December 30, 2015** _____   **/s/ Ruben Gonzalez Marrero**
_Date_   **Ruben Gonzalez Marrero**
   _Signature of Attorney_
   **RUBEN GONZALEZ MARRERO & ASOCIADOS**
   **CARR. 174 BLQ. 21-24**
   **SANTA ROSA**
   **Bayamon, PR 00959**
   **787-798-8600  Fax: 787-798-8610**
   **rgm@microjuris.com**
   _Name of law firm_

---

# United States Bankruptcy Court
## District of Puerto Rico

In re    **SECU SERVE, INC.**                            Case No.

                                       Debtor(s)           Chapter     **7**

# VERIFICATION OF CREDITOR MATRIX

I, the PRESIDENT of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **December 30, 2015**                  **/s/ ANGEL CORDERO**

                                             **ANGEL CORDERO/PRESIDENT**
                                             Signer/Title

SECU SERVE, INC.
DE-6 CALLE 29
URB. REXVILLE
BAYAMON, PR 00957

CARLOS HERNANDEZ DIAZ
RR8 BOX 1995
BAYAMON, PR 00956

DEPARTAMENTO DEL TRABAJO
Y RECURSOS HUMANOS
P.O. BOX 1057
BAYAMON, PR 00960

RUBEN GONZALEZ MARRERO
RUBEN GONZALEZ MARRERO & ASOCIADOS
CARR. 174 BLQ. 21-24
SANTA ROSA
BAYAMON, PR 00959

CARMEN NIEVES CURET
ISLA DEL MORRO
CALLE VENEZUELA J-25
CATANO, PR 00962

DEPARTAMENTO DEL TRABAJO
C/O ISRAEL RIVERA PEREZ
P.O. BOX 1057
BAYAMON, PR 00960

ACS SUPPORT
P.O. BOX 8208
PHILADELPHIA, PA 19101-8208

CARMEN ROSADO BATISTA
RR8
BOX 1995 PMB 284
BAYAMON, PR 00956

DEPARTAMENTO DEL TRABAJO
NEGOCIADO DE SEGURIDAD DEE
AVE. MUNOZ RIVERA, 505
HATO REY, PR 00918

ALBERTO COLON
URB. JESUS MARIA LAGO
H15
UTUADO, PR 00641

CESAR MALDONADO
HC-02 BOX 6971
UTUADO, PR 00641

DIEGO VILLANUEVA MATEO
URB. VALENCIA
#1 CALLE MAIO PEREZ 26
JUNCOS, PR 00777

ANGEL RODRIGUEZ
HC80 BOX 8223
DORADO, PR 00646

COPRORACION DEL SEGURO DEL ESTADO
(STATE INSURANCE FUND CORPORATION)
P.O. BOX 65028
SAN JUAN, PR 00936-5028

EDGARDO RODRIGUEZ SANTIAG
URB. REXVILLE
CALLE 8 H2
BAYAMON, PR 00957

ANGELA SANTANO
TOA ALTA HEIGHTS
R27, CALLE 22
TOA ALTA, PR 00953

CRISTIAN RUIZ
JARDINES DE CAGUAS
A-12 CALLE A
CAGUAS, PR 00725

EMILY BRITO FORTUNA
BO. CERRO GORDO
CARR. 167 KM.1 HM5
BAYAMON, PR 00956

BETSY VAZQUEZ TORRES
PMB 186
RR8, BOX 1995
BAYAMON, PR 00956

DEPARTAMENTO DE HACIENDA
P.O. BOX 50072
SAN JUAN, PR 00902-6272

ENNITH MUNIZ
URB. CANA
CALLE 32 EE5D BAJOS
BAYAMON, PR 00956

CARLOS A. NIEVES SUAREZ
URB. DIPLO
CALLE 15, M 18
NAGUABO, PR 00718

DEPARTAMENTO DE HACIENDA
P.O. BOX 2520
SAN JUAN, PR 00977-2520

FELICIANO VEGA
URB. LAS CAROLINAS
B5 CALLE E2
CAGUAS, PR 00725

CARLOS GONZALEZ TORRES
HC-01
BOX 5583
BARRANQUITAS, PR 00794

DEPARTAMENTO DEL TRABAJO
Y RECURSOS HUMANOS
P.O. BOX 21361
SAN JUAN, PR 00928-1381

FONDO DEL SEGURO DEL ESTA
OFICINA REGIONAL DE BAYAMO
P.O. BOX 248
BAYAMON, PR 00960-0248

GLADYS COLON RODRIGUEZ
CALLE CARLOS GARDEL
207 SECTOR VILLA CLEMENTE
TOA BAJA, PR 00919

JENIFER RIVERA NEGRON
CARR. 5 # 214
BO. SINGAPUR
JUANA DIAZ, PR 00960

JOSE R. SANTIAGO
CALLE CRISTOBAL COLON # 238A
ARECIBO, PR 00612

GLORIA PILLOT
VISTA DEL MORRO
CALLE VENEZUELA J-25
CATANO, PR 00962

JENNY BARBOSA COLON
ROYAL TOWN
14-14 CALLE 54
BAYMON, PR 00957

JOSE ZAYAS
HC-1 9100
TOA BAJA, PR 00949

GLORIA SOTO
RIO PLANTATION
CALLE 2B ESTE 3
BAYAMON, PR 00961

JESSIE RUIZ
URB. SAN RAFAEL
CALLE 1 C18
CAGUAS, PR 00725

JUAN C. CORDERO
URB. REXVILLE
DE 6 CALLE 29
BAYAMON, PR 00957

HECTOR SANTIAGO
ALTURAS RIO GRANDE
G333 CALLE 7
RIO GRANDE, PR 00745

JOHANNA ALICEA
BO. AMELIA
#33 CALLE HERMANDAD
GUAYNABO, PR 00962

JUAN CUADRADO SANCHEZ
SECTOR HONDURAS
CALLE LA GALLERA #1
LOZA, PR 00956

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101

JOHN BERRIOS MORALES
P.O. BOX 909
TRUJILLO ALTO, PR 00954

JUAN GABRIEL MEDINA VAZQUE
FLAMINGO APARTMENTS
APTO. #6204
BAYAMON, PR 00960

INTERNAL REVENUE SERVICE
ACS SUPPORT
P.O. BOX 8208
PHILADELPHIA, PA 19101-8208

JORGE L. RIVERA MOJICA
RIO LAJAS
APARTADO 1084
TOA ALTA, PR 00954

JULIA ORTEGA
RR-4
BOX 2786
BAYAMON, PR 00956

INTERNAL REVENUE SERVICE
CINCINNATI, OH 45999-0039

JOSE A. RIVERA
SECTOR HONDURAS
CALLE LA GALLERA #1
LOIZA, PR 00956

KEYSHIA M. GUZMAN
BO. LOS OLIVOS
SECTOR # 4
BAYAMON, PR 00961

JAYSON BERRIOS PILOT
SANTA JUANITA
CALLE CASTOR FA-8, SECCION 12
BAYAMON, PR 00956

JOSE D. ALVAREZ
BO. LOS OLIVOS
SECTOR HOLLYWOOD #4
BAYAMON, PR 00961

LEMARK GARCIA
BO. BARAHONA
CALLE ANGEL QUINTERO BZ 5-B
MOROVIS, PR 00687

JAYSON BERRIOS PILOT
HC-37
BOX 4024
GUANICA, PR 00653

JOSE I. CORDERO
URB. REXVILLE
DE 6 CALLE 29
BAYAMON, PR 00957

LESLIE RODRIGUEZ
RR4
BUZON 27770
TOA ALTA, PR 00953

LIANNIE SUAREZ
URB. LAGOS DEL PLATA
V20 CALLE 21
TOA ALTA, PR 00949

PAULA LACEN BETANCOURT
SECTOR HONDURAS
CALLE LA GALLERA # 1
LOIZA, PR 00772

SAMUEL MOLINA
CANTERA CALLE LA PAZ 161
SAN JUAN, PR 00914

LIBNA FIGUEROA ESTRELLA
URB. FAIRVIEW
CALLE FRANCISCO ZUNIGA # 1908
SAN JUAN, PR 00926

RADAMES FREYTES
PASEO CIPRES
VILLA PINARES
VEGA BAJA, PR 00963

SAMUEL MOLINA TORRES
C/O DEPARTAMENTO DEL TRABA
P.O. BOX 21361
SAN JUAN, PR 00928-1361

LINETTE AFANADOR
LOMAS VERDES
CALLE AZUCENA J20
BAYAMON, PR 00956

RAMON BERRIOS
BO. CAMPANILLAS
CALLE FORTALEZA 374
TOA BAJA, PR 00949

SANTOS RIVERA FLORES
BDA. MORALES
731 CALLE J
CAGUAS, PR 00725

LUIS RIVERA MARRERO
HC7-35504
CAGUAS, PR 00725

RAMON PEDRAGON
ESTANCIAS DE HATO NUEVO
CALLE 6 F100
GURABO, PR 00778

SHEILA RIVERA
HC-1 9100
TOA BAJA, PR 00949

MARGARITA MORALES
TOMAS DE CASTRO K8 H4
CAGUAS, PR 00725

RAQUEL AYENDE

TAHIRI RIVERA
HC-71 BOX 4059
BO. CEDRO ARRIBA
NARANJITO, PR 00719

MCS LIFE INSURANCE COMPANY
P.O. BOX 9023547
SAN JUAN, PR 00902-3547

REY J. LEON
URB. RIO HONDO 1
CALLE RIO CAGUITAS M5 APTO. B
BAYAMON, PR 00957

YESENIA VAZQUEZ
PMB 186
RR8 BOX 1995
BAYAMON, PR 00956

NICOLE ANDINO
URB.VILLAS DE SAN MIGUEL A27
BAYAMON, PR 00959

REYNALDO MOLINA
P.O. BOX 9638
COTTO STATION
ARECIBO, PR 00613

NYDIA TORRES RODRIGUEZ
PARQUES LAS MERCEDES
CALLE TIO LEOPO #G3
CAGUAS, PR 00725

RICARDO PRINCIPE & ASSOCIATES
P.O. BOX 434
BAYAMON, PR 00960

PABLO SEGARRA
URB. LAGOS DE PLATA
V20 CALLE 21
TOA BAJA, PR 00949

RODOLFO VEGA
ESTANCIAS HATO NUEVO
CALLE 34 BH4
BAYAMON, PR 00957

# United States Bankruptcy Court
## District of Puerto Rico

In re   **SECU SERVE, INC.**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **SECU SERVE, INC.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 30, 2015**

Date

**/s/ Ruben Gonzalez Marrero**

**Ruben Gonzalez Marrero**

Signature of Attorney or Litigant

Counsel for   **SECU SERVE, INC.**

**RUBEN GONZALEZ MARRERO & ASOCIADOS**
**CARR. 174 BLQ. 21-24**
**SANTA ROSA**
**Bayamon, PR 00959**
**787-798-8600 Fax:787-798-8610**
**rgm@microjuris.com**

## RESOLUCION CORPORATIVA

Yo, Jenny Barbosa Colón, mayor de edad, S.S. XXX-XX-1678, vecina de Bayamón, Puerto Rico y como Secretaría de la Corporación Secuserve, Inc., una corporación debidamente organizada y existente bajo las Leyes del Estado Libre Asociado de Puerto Rico; CERTIFICO:

Que en reunión de la Junta de Directores de esta corporación debidamente convocada y celebrada en Bayamón, Puerto Rico, el 1 de Septiembre de 2015, y en la cual hubo "quórum" se votó y aprobó de manera unánime el cierre de las operaciones de la compañía y su declaración en quiebra. Ante esto se acuerda lo siguiente:

Se autoriza al señor Ángel Cordero Rodríguez, el cual es Presidente de la Corporación, para que a nombre de la corporación y en representación de todos sus componentes liquide la totalidad de la Corporación y proceda con el cierre de la misma, dada la precaria situación económica atravesada, la cual nos impide continuar operaciones.

En mi carácter de Secretaría de la corporación, CERTIFICO además, que la Resolución arriba transcrita no ha sido revocada, anulada, alterada o enmendada en forma alguna y que se mantiene vigente con toda fuerza y vigor, y que la misma fue adoptada en conformidad con las disposiciones estatuarias de la corporación, del Certificado de Incorporación y de la Ley.

Y PARA QUE ASI CONSTE, firmo la presente y estampo el sello de la Corporación.

En Bayamón, Puerto Rico, al 1 de septiembre de 2015.

Sra. Jenny Barbosa Colón
Secretaría