# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO
### HATO REY (SAN JUAN) DIVISION

In re: §
§
Secu Serve, Inc. § Case No. 15-10341
§
§
Debtor §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

NOREEN WISCOVITCH-RENTAS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 1,500.00 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 3,137.63 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: 1,114.87 | |

3) Total gross receipts of $ 4,252.50 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 4,252.50 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,114.87 | 1,114.87 | 1,114.87 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 15,788.19 | 17,252.02 | 17,252.02 | 3,137.63 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 101,661.81 | 3,258.79 | 3,258.79 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 117,450.00 | $ 21,625.68 | $ 21,625.68 | $ 4,252.50 |

4) This case was originally filed under chapter 7 on 12/30/2015 . The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/31/2017    By:/s/NOREEN WISCOVITCH-RENTAS
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Account Receivable | 1121-000 | 4,252.50 |
| **TOTAL GROSS RECEIPTS** | | **$4,252.50** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NOREEN WISCOVITCH-RENTAS | 2100-000 | NA | 1,063.13 | 1,063.13 | 1,063.13 |
| NOREEN WISCOVITCH-RENTAS | 2200-000 | NA | 51.74 | 51.74 | 51.74 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,114.87 | $ 1,114.87 | $ 1,114.87 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Carmen Rosado Batista | 5300-000 | 1,711.00 | 1,711.00 | 1,711.00 | 508.11 |
| 7 | Gladys Colon Rodriguez | 5300-000 | 1,685.63 | 1,685.63 | 1,685.63 | 500.58 |
| 1 | Hector Santiago | 5300-000 | 769.60 | 2,040.00 | 2,040.00 | 605.81 |
| 6 | Jenny Barbosa Colon | 5300-000 | 2,328.00 | 2,328.00 | 2,328.00 | 691.34 |
| 4 | Jose Alvarez Cabrera | 5300-000 | 2,037.26 | 1,600.48 | 1,600.48 | 475.29 |

UST Form 101-7-TDR (10/1/2010) *(Page: 4)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Keyshla M Guzman | 5300-000 | 928.00 | 1,200.48 | 1,200.48 | 356.50 |
| 2 | INTERNAL REVENUE SERVICE | 5800-000 | 6,328.70 | 6,686.43 | 6,686.43 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 15,788.19 | $ 17,252.02 | $ 17,252.02 | $ 3,137.63 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ALBERTO COLON URB. JESUS MARIA LAGO | | 522.00 | NA | NA | 0.00 |
| | ANGEL RODRIGUEZ | | 2,610.00 | NA | NA | 0.00 |
| | ANGELA SANTANO | | 2,088.00 | NA | NA | 0.00 |
| | BETSY VAZQUEZ TORRES | | 1,040.38 | NA | NA | 0.00 |
| | CARLOS A. NIEVES SUAREZ | | 1,094.75 | NA | NA | 0.00 |
| | CARLOS GONZALEZ TORRES | | 1,276.00 | NA | NA | 0.00 |
| | CARLOS HERNANDEZ DIAZ | | 438.63 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CARMEN NIEVES CURET | | 928.00 | NA | NA | 0.00 |
| | CESAR MALDONADO | | 522.00 | NA | NA | 0.00 |
| | COPRORACION DEL SEGURO DEL ESTADO (STATE INSURANCE FUND CORPORATION) | | 90.30 | NA | NA | 0.00 |
| | CRISTIAN RUIZ | | 1,747.25 | NA | NA | 0.00 |
| | DEPARTAMENTO DE HACIENDA | | 880.46 | NA | NA | 0.00 |
| | DEPARTAMENTO DEL TRABAJO NEGOCIADO DE SEGURIDAD DE EMPLEO | | 633.55 | NA | NA | 0.00 |
| | DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS | | 4,748.46 | NA | NA | 0.00 |
| | DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS | | 5,411.00 | NA | NA | 0.00 |
| | DIEGO VILLANUEVA MATEO | | 638.00 | NA | NA | 0.00 |
| | EDGARDO RODRIGUEZ SANTIAGO | | 659.75 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | EMILY BRITO FORTUNA | | 1,044.00 | NA | NA | 0.00 |
| | ENNITH MUNIZ | | 1,160.00 | NA | NA | 0.00 |
| | FELICIANO VEGA | | 1,344.00 | NA | NA | 0.00 |
| | FONDO DEL SEGURO DEL ESTADO OFICINA REGIONAL DE BAYAMON | | 4,449.93 | NA | NA | 0.00 |
| | GLORIA PILLOT | | 651.75 | NA | NA | 0.00 |
| | GLORIA SOTO | | 1,276.00 | NA | NA | 0.00 |
| | JAYSON BERRIOS PILOT | | 3,440.80 | NA | NA | 0.00 |
| | JENIFER RIVERA NEGRON | | 583.63 | NA | NA | 0.00 |
| | JESSIE RUIZ | | 348.00 | NA | NA | 0.00 |
| | JOHANNA ALICEA | | 1,392.00 | NA | NA | 0.00 |
| | JOHN BERRIOS MORALES | | 587.25 | NA | NA | 0.00 |
| | JORGE L. RIVERA MOJICA | | 1,710.00 | NA | NA | 0.00 |
| | JOSE A. RIVERA | | 1,429.25 | NA | NA | 0.00 |
| | JOSE I. CORDERO | | 1,740.00 | NA | NA | 0.00 |
| | JOSE R. SANTIAGO | | 522.00 | NA | NA | 0.00 |
| | JOSE ZAYAS | | 822.88 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | JUAN C. CORDERO | | 9,967.20 | NA | NA | 0.00 |
| | JUAN CUADRADO SANCHEZ | | 967.88 | NA | NA | 0.00 |
| | JUAN GABRIEL MEDINA VAZQUEZ | | 1,163.63 | NA | NA | 0.00 |
| | JULIA ORTEGA | | 1,450.00 | NA | NA | 0.00 |
| | LEMARK GARCIA | | 435.00 | NA | NA | 0.00 |
| | LESLIE RODRIGUEZ | | 1,276.00 | NA | NA | 0.00 |
| | LIANNIE SUAREZ | | 1,824.10 | NA | NA | 0.00 |
| | LIBNA FIGUEROA ESTRELLA | | 1,450.40 | NA | NA | 0.00 |
| | LINETTE AFANADOR | | 1,000.50 | NA | NA | 0.00 |
| | LUIS RIVERA MARRERO | | 717.75 | NA | NA | 0.00 |
| | MARGARITA MORALES | | 3,737.38 | NA | NA | 0.00 |
| | MCS LIFE INSURANCE COMPANY | | 1,314.20 | NA | NA | 0.00 |
| | NICOLE ANDINO | | 1,283.26 | NA | NA | 0.00 |
| | NYDIA TORRES RODRIGUEZ | | 2,388.88 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PABLO SEGARRA | | 884.50 | NA | NA | 0.00 |
| | PAULA LACEN BETANCOURT | | 844.63 | NA | NA | 0.00 |
| | RADAMES FREYTES | | 522.00 | NA | NA | 0.00 |
| | RAMON BERRIOS | | 1,334.00 | NA | NA | 0.00 |
| | RAMON PEDRAGON | | 1,290.50 | NA | NA | 0.00 |
| | RAQUEL AYENDE | | 1,420.80 | NA | NA | 0.00 |
| | REY J. LEON | | 1,326.76 | NA | NA | 0.00 |
| | REYNALDO MOLINA | | 522.00 | NA | NA | 0.00 |
| | RICARDO PRINCIPE & ASSOCIATES | | 0.00 | NA | NA | 0.00 |
| | RODOLFO VEGA | | 1,276.00 | NA | NA | 0.00 |
| | SAMUEL MOLINA | | 1,634.88 | NA | NA | 0.00 |
| | SANTOS RIVERA FLORES | | 2,755.00 | NA | NA | 0.00 |
| | SHEILA RIVERA | | 2,701.33 | NA | NA | 0.00 |
| | TAHIRI RIVERA | | 1,276.00 | NA | NA | 0.00 |
| | YESENIA VAZQUEZ | | 630.75 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | INTERNAL REVENUE SERVICE | 7100-000 | NA | 1,492.20 | 1,492.20 | 0.00 |
| 8 | PUERTO RICO DEPARTMENT OF LABOR | 7200-000 | 6,436.46 | 1,766.59 | 1,766.59 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 101,661.81 | $ 3,258.79 | $ 3,258.79 | $ 0.00 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 15-10341 | BKT | Judge: | Brian K. Tester | | Trustee Name: | NOREEN WISCOVITCH-RENTAS |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Secu Serve, Inc. | | | | | Date Filed (f) or Converted (c): | 12/30/2015 (f) |
| | | | | | | 341(a) Meeting Date: | 02/04/2016 |
| For Period Ending: | 03/31/2017 | | | | | Claims Bar Date: | 05/11/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. FINANCIAL ACCOUNT<br><br>BANK ACCOUNT AT: BPPR # XXXXXX-2023<br><br>As per BPPR Debtor do not have account with this entity 1/25/16. Y. Martinez | 0.00 | 0.00 | | 0.00 | FA |
| 2. OFFICE EQUIPMENT<br><br>3 DESKS; 2 CHAIRS (SECRETARIAL); 1 DESKTOP PC; 4 RECEPTION ROOM CHAIRS; 1 HP PRINTER.<br><br>These equipment do not justify administration. The value is much less than originally estimated. | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 3. Account Receivable<br><br>ACCOUNT RECEIVABLES FROM SERVICES RENDERED.<br>Several of the account receivable are not owed. Associations have responded that their records show no money owed, because the Debtor did not provide the services. - Noreen Wiscovitch 8/12/2016 | 13,245.90 | 13,245.90 | | 4,252.50 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $14,745.90     $14,745.90     $4,252.50     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Exhibit 8

TDR submitted to UST. - Noreen Wiscovitch 03/31/2017
Checks cut. - Noreen Wiscovitch 2/7/2017
NFR and TFR submitted to UST. - Noreen Wiscovitch 10/31/2016
Trustee has received payment on some account receivables. Others may not be collectable. Trustee to review claims. - Noreen Wiscovitch 8/12/2016
Trustee investigating Debtor's financial Affairs. Debtor's representative testified that Account Receivables may be recoverable. - Noreen Wiscovitch 02/10/2016

Initial Projected Date of Final Report (TFR): 12/31/2018        Current Projected Date of Final Report (TFR): 12/31/2018

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 15-10341 | Trustee Name: NOREEN WISCOVITCH-RENTAS |
| Case Name: Secu Serve, Inc. | Bank Name: BANCO SANTANDER |
| | Account Number/CD#: XXXXXX9292 |
| | Checking |
| Taxpayer ID No: XX-XXX9892 | Blanket Bond (per case limit): $20,264,373.00 |
| For Period Ending: 03/31/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/02/16 | 3 | Condominio Granada<br>PO BOX 13006<br>SAN JUAN PR 00908-3006 | Account Receivable. | 1121-000 | $604.80 | | $604.80 |
| 06/08/16 | 3 | Asociacion de Residentes Parque Bucare I, Inc.<br>Crosandra 40<br>Rio Piedras PR 00969 | Account Receivable. | 1121-000 | $3,647.70 | | $4,252.50 |
| 02/07/17 | 101 | NOREEN WISCOVITCH-RENTAS<br>PMB #136<br>400 Calle Calaf<br>SAN JUAN, PR  00918 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,063.13 | $3,189.37 |
| 02/07/17 | 102 | NOREEN WISCOVITCH-RENTAS<br>PMB #136<br>400 Calle Calaf<br>SAN JUAN, PR  00918 | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $51.74 | $3,137.63 |
| 02/07/17 | 103 | Hector Santiago<br>P.O. Box 194134<br>San Juan, Pr 00919 | Final distribution to claim 1 representing a payment of 29.70 % per court order. | 5300-000 | | $559.47 | $2,578.16 |
| 02/07/17 | 104 | Keyshla M Guzman<br>Los Olivo #4 Sec Hollywood<br>Bayamon Pr 00961 | Final distribution to claim 3 representing a payment of 29.70 % per court order. | 5300-000 | | $329.23 | $2,248.93 |
| 02/07/17 | 105 | Jose Alvarez Cabrera<br>Los Olivos #4 Sector Hollywood<br>Bayamon Pr 00961 | Final distribution to claim 4 representing a payment of 29.70 % per court order. | 5300-000 | | $438.93 | $1,810.00 |
| 02/07/17 | 106 | Carmen Rosado Batista<br>Barrio Sabana RR8 Box 1995<br>PMB 284<br>Bayamon Pr 00956-9825 | Final distribution to claim 5 representing a payment of 29.70 % per court order. | 5300-000 | | $469.24 | $1,340.76 |
| 02/07/17 | 107 | Jenny Barbosa Colon<br>Royal Town<br>14-14 Calle 54<br>Baymon, PR 00957 | Final distribution to claim 6 representing a payment of 29.70 % per court order. | 5300-000 | | $638.45 | $702.31 |
| 02/07/17 | 108 | Gladys Colon Rodriguez<br>Apartado 7488<br>Barrio Obrero Station<br>Santurce Pr 00916 | Final distribution to claim 7 representing a payment of 29.70 % per court order. | 5300-000 | | $462.28 | $240.03 |

Page Subtotals:   $4,252.50   $4,012.47

UST Form 101-7-TDR (10/1/2010) (Page: 13)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 15-10341 | Trustee Name: NOREEN WISCOVITCH-RENTAS | |
| Case Name: Secu Serve, Inc. | Bank Name: BANCO SANTANDER | |
| | Account Number/CD#: XXXXXX9292 | |
| | Checking | |
| Taxpayer ID No: XX-XXX9892 | Blanket Bond (per case limit): $20,264,373.00 | |
| For Period Ending: 03/31/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/07/17 | 109 | INTERNAL REVENUE SERVICE P.O. Box 7317 Philadelphia, PA 19101-7317 | Distribution | | | $45.50 | $194.53 |
| | | INTERNAL REVENUE SERVICE | MEDICARE ($10.03) | 5300-002 | | | |
| | | INTERNAL REVENUE SERVICE | MEDICARE ($7.26) | 5300-000 | | | |
| | | INTERNAL REVENUE SERVICE | MEDICARE ($8.78) | 5300-000 | | | |
| | | INTERNAL REVENUE SERVICE | MEDICARE ($5.17) | 5300-000 | | | |
| | | INTERNAL REVENUE SERVICE | MEDICARE ($6.89) | 5300-000 | | | |
| | | INTERNAL REVENUE SERVICE | MEDICARE ($7.37) | 5300-000 | | | |
| 02/07/17 | 110 | INTERNAL REVENUE SERVICE P.O. Box 7317 Philadelphia, PA 19101-7317 | Distribution | | | $194.53 | $0.00 |
| | | INTERNAL REVENUE SERVICE | SOCIAL SECURITY ($31.50) | 5300-002 | | | |
| | | INTERNAL REVENUE SERVICE | SOCIAL SECURITY ($29.47) | 5300-000 | | | |
| | | INTERNAL REVENUE SERVICE | SOCIAL SECURITY ($22.10) | 5300-000 | | | |
| | | INTERNAL REVENUE SERVICE | SOCIAL SECURITY ($37.56) | 5300-000 | | | |
| | | INTERNAL REVENUE SERVICE | SOCIAL SECURITY ($31.04) | 5300-000 | | | |
| | | INTERNAL REVENUE SERVICE | SOCIAL SECURITY ($42.86) | 5300-000 | | | |

| | | |
|---|---|---|
| COLUMN TOTALS | $4,252.50 | $4,252.50 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $4,252.50 | $4,252.50 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $4,252.50 | $4,252.50 |

Page Subtotals: $0.00 $240.03

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX9292 - Checking | $4,252.50 | $4,252.50 | $0.00 |
|  | $4,252.50 | $4,252.50 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $4,252.50 |
| Total Gross Receipts: | $4,252.50 |

Page Subtotals:  $0.00   $0.00