# IN THE UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

IN RE:

**SECU SERVE INC**

**66–0769892**

Debtor(s)

Case No. **15–10341 BKT**

Chapter **7**

**FILED & ENTERED ON 5/1/17**

### ORDER DISCHARGING TRUSTEE AND CLOSING THE CASE

NOREEN WISCOVITCH RENTAS the appointed trustee in this case, has filed a final report and final account and certification that the estate has been fully administered. The United States Trustee, has reviewed and certified that the estate has been fully administered.

WHEREFORE, pursuant to 11 U.S.C. §350(a) and Fed. R. Bankr. P. 5009(a), the Trustee is discharged, his bond for this case is cancelled, and this case is closed.

In San Juan, Puerto Rico, this Monday, May 1, 2017 .

Brian K. Tester
United States Bankruptcy Judge